**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**TRAMALE DANGELO WRIGHT**                                                       **PETITIONER**
**REG. #25191-009**

**v.**                            **CASE NO. 2:13CV00042 BSM**

**ANTHONY HAYNES, Warden,**
**FCI-Forrest City**                                                                              **RESPONDENT**

## ORDER

The proposed findings and recommended disposition from United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration, the findings and recommendations are adopted in their entirety in all respects. Accordingly, this case is dismissed with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 16th day of December 2013.

_____
UNITED STATES DISTRICT JUDGE